UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**ENTERED**
May 09, 2025
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | Case No.: |
| Jose Angel Gonzalez-Garcia | § | 1:25-PO-713 |

### J U D G M E N T

On **May 09, 2025,** the above-named defendant appeared in person and with appointed counsel, Assistant Federal Public Defender, Humberto Yzaguirre.

Whereupon the defendant entered a plea of guilty to the offense of **willfully failing to apply for registration and to be fingerprinted in the United States pursuant to Section 264(d) of the Immigration Nationality Act**, in violation of 8 U.S.C. 1302(a), as charged in the **Criminal Complaint**; and the Court having asked the defendant whether he had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

**IT IS ADJUDGED that the defendant is guilty as charged and convicted.**

**The defendant is hereby placed on probation without supervision for a period of two (2) years, with a special condition of no 1) unlawful returns to the United States, 2) unlawful attempts to return to the United States, and 3) no violations of federal and/or state laws; and**

**$10 Special Assessment is hereby imposed.**

**DONE at Brownsville, Texas, on May 09, 2025.**

Ignacio Torteya, III
United States Magistrate Judge